# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2019

## NO. 03-17-00777-CV

**Arthur J. Lawrence, Jr., Appellant**

**v.**

**Cody Treybig, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on October 18, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.